FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Aug 13, 2026

AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA )
v. )
) Case No. 3:26-mj-742
Yu Jie YIN ________________________)
*Defendant*

**CRIMINAL COMPLAINT**

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of _February 3, 2026, continuing through at least on or about March 22, 2026__ in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1956(h) | Money Laundering Conspiracy |
| 18 U.S.C. § 1349 | Wire Fraud Conspiracy |

This criminal complaint is based on these facts:
See attached affidavit.

x❑ Continued on the attached sheet

____Aaron Kissinger___________
*Complainant's signature*

_______S/A Aaron Kissinger, IRS-CI ____________
*Printed name and title*

*Subscribed and sworn to by telephone in accordance with Fed. R. Cr. P. Rule 4.1.*

Date: August 13, 2026

___________________________________
*Judge's Signature*

City and State: Louisville, Kentucky

____Regina S. Edwards, U.S. Magistrate Judge
_______*Printed Name and Title*

EGM ***(AUSA initials)***